United States Court of Appeals
Fifth Circuit

**F I L E D**

**October 24, 2006**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

———————————————

No. 04-10880
Conference Calendar

———————————————

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ALBION A. NORMAN, JR.,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:03-CR-15-ALL-A
--------------------

Before JOLLY, DeMOSS, and STEWART, Circuit Judges.

PER CURIAM:[*]

Albion A. Norman, Jr., was convicted of wire fraud,
transportation of stolen property, engaging in illegal monetary
transactions, and money laundering. He was sentenced to a 109-
month term of imprisonment and three years of supervised release.
Norman now appeals the 12-month term of imprisonment imposed
following the revocation of his supervised release. Norman
argues that the district court reversibly erred because the
circumstances of his case do not warrant the term of imprisonment
imposed in his case.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Although the 12-month term of imprisonment imposed upon revocation of Norman's supervised release exceeded the sentencing range indicated by the policy statements in Chapter Seven of the United States Sentencing Guidelines, it was less than the statutory maximum term of imprisonment that the district court could have imposed.  See 18 U.S.C. § 3583(e)(3).  Accordingly, Norman's sentence upon revocation was neither "unreasonable" nor "plainly unreasonable."  See United States v. Hinson, 429 F.3d 114, 120 (5th Cir. 2005), cert. denied, 126 S. Ct. 1804 (2006).  Norman has not shown error.

AFFIRMED.